IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2440-AP

D'ANNA L. HOUSEMAN,

    Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security
    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Alan M. Agee, P.C.
    Alan M. Agee
    512 S. 8th Street
    Colorado Springs, CO 80905
    719-473-1515
    ageealanmpc@qwestoffice.net

    Teresa H. Abbott
    3515 S. Tamarac Drive, Suite 200
    Denver CO 80237
    303-757-5000
    303-689-9627 (facsimile)
    Abbott.teresa@gmail.com

    For Defendant:
    John F. Walsh
    United States Attorney

    J. Benedict García
    Assistant United States Attorney
    United States Attorney's Office
    District of Colorado
    J.B.Garcia@usdoj.gov

    David I. Blower
    Special Assistant United States Attorney
    Denver, Colorado 80202
    303-844-1571
    303-844-0770 (facsimile)
    David.blower@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** 9/13/12

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 9/21/12

    C.    **Date Answer and Administrative Record Were Filed:** 11/19/12

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Plaintiff states that the record is not complete and is missing a Listing Questionnaire from Dr. Dallas Thompson which is the basis of the motion to supplement the record. The Defendant opposes this motion.

To the best of his knowledge, Defendant states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence, except Ms. Houseman through counsel will be filing a motion to supplement the record requesting that Dr. Dallas Thompson's Listing Questionnaire dated 9/13/11 be made a part of the record.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not raise unusual claims or defenses.

## 7. OTHER MATTERS

The parties state that there are no other matters.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** 1/21/13

    B.    **Defendant's Reply Brief (If Any) Due:** 2/20/13

  **C.** **Plaintiff's Reply Brief (If Any) Due:** 3/7/13

**9. STATEMENTS REGARDING ORAL ARGUMENT**

  **A.** **Plaintiff's Statement:** Plaintiff requests oral argument.

  **B.** **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

  **A.** **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  **B.** **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 10th day of December, 2012.

          BY THE COURT:

          ***s/John L. Kane***
          U.S. DISTRICT COURT JUDGE

APPROVED:

ALAN M. AGEE, P.C.

s/ Alan M. Agee
512 S. 8th Street
Colorado Springs, CO 80905
719-473-1515
ageealanmpc@qwestoffice.net

Teresa H. Abbott
3515 S. Tamarac Drive, Suite 200
Denver CO 80237
303-757-5000
303-689-9627 (facsimile)
Abbott.teresa@gmail.com

Attorneys for Plaintiff

John F. Walsh
United States Attorney

**By:** s/ *David I. Blower*
Special Assistant U.S. Attorney
1001 17th Street
Denver, CO 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov
Attorneys for Defendant

APPROVED:

ALAN M. AGEE, P.C.

s/ Alan M. Agee
512 S. 8th Street
Colorado Springs, CO 80905
719-473-1515
ageealanmpc@qwestoffice.net

Teresa H. Abbott
3515 S. Tamarac Drive, Suite 200
Denver CO 80237
303-757-5000
303-689-9627 (facsimile)
Abbott.teresa@gmail.com

Attorneys for Plaintiff

John F. Walsh
United States Attorney

**By:** s/ *David I. Blower*
Special Assistant U.S. Attorney
1001 17th Street
Denver, CO 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov
Attorneys for Defendant