**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-02440-WJM

D'ANNA L. HOUSEMAN,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

_____

FINAL JUDGMENT
_____

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order

Reversing Administrative Law Judge's Decision And Remanding To The Commissioner,

entered by the Honorable William J. Martínez, United States District Judge, on August

30, 2013,

      IT IS ORDERED that the Commissioner's decision is REVERSED and this case

is REMANDED to the Commissioner for rehearing.


      DATED at Denver, Colorado this 30th day of August, 2013.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By: s/ Edward P. Butler_____
                                  Edward P. Butler, Deputy Clerk