**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-2440-WJM

D'ANNA L. HOUSEMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES

    This matter is before the Court on the Parties' Stipulated Motion for Fees Under the Equal Access To Justice Act (ECF No. 27).  The Court having reviewed the Motion, and the applicable Record, and being fully advised hereby ORDERS as follows:

    The parties' Stipulated Motion is GRANTED.  The Defendant is to pay Plaintiff, through counsel, reasonable attorney's fees and expenses in the amount of $6,600.00.

    Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. The parties further agree that the EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).

Dated this 30th day of October, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge